**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Curtis BLAKNEY, Defendant–Appellant.**

**No. 01–7092.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

James Curtis Blakney, pro se. Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

James Curtis Blakney seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Blakney's Motion for Appeal of the Denial of Movant's § 2255 Motion, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Blakney v. United States,* Nos. CR–94–54; CA–97–235–3–02 (W.D.N.C. filed June 8, 2001; entered June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*